FILED

2016 MAY -4  AM 10: 13

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| NEVAREZ LAW FIRM, P.C., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| DONA ANA TITLE COMPANY, <u>et al.</u>, | § |
| | § |
| Defendants. | § |

**CAUSE NO. 3:15-cv-0297-DB**

## ORDER UNSEALING PLAINTIFF'S FIRST AMENDED COMPLAINT

The Court, having noted that Plaintiff filed a First Amended Complaint on or about April 26, 2016, and having determined that there is no basis for this action to be filed or maintained under seal, enters the following Orders:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the "Plaintiff's First Amended Complaint" be and hereby is UNSEALED. All other documents filed prior to the date of this Order shall remain sealed until further Order of this Court. All documents filed after the date of this Order shall be filed publicly through the Court's ECF system, unless otherwise permitted or required by law or this Court's rules.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff shall serve the First Amended Complaint on defendants within *90* days of the date of this Order.

**IT IS SO ORDERED.**

SIGNED on May 4, 2016.

_____
HON. DAVID BRIONES
UNITED STATES DISTRICT JUDGE

5