IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **NEVAREZ LAW FIRM, P.C.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-00297-DB |
| | § | |
| **DONA TITLE COMPANY et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be heard Defendants Araceli Herrera, Jose Luis Rojas, Jose Luis Rojas, Jr., Tomasa R. Rojas, Gabriela Jayme, Marco Aurelio Jayme, Mariana Jayme, Tatiana Jayme, Viviana Jayme, Paul Zacour and Zacour & Associates, Inc.'s Opposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint. After reviewing the Motion, the Court finds that the Motion should be **GRANTED**. *It is therefore,*

**ORDERED** that Defendants Araceli Herrera, Jose Luis Rojas, Jose Luis Rojas, Jr., Tomasa R. Rojas, Gabriela Jayme, Marco Aurelio Jayme, Mariana Jayme, Tatiana Jayme, Viviana Jayme, Paul Zacour, and Zacour & Associate's time to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to September 15, 2016.

SIGNED this ___ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE